AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:22-cv-00133 RWS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Matt Tate**
was recieved by me on  **7/11/2022:**

[X]   I personally served the summons on the individual at **4619 Enfield Drive, Gainesville, GA 30506** on **07/11/2022**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)* ; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Jason Garmon**
*Printed name and title*

**4434 hidden oaks dr**
**Flowery Branch, GA 30542**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Matt Tate with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'6" -5'8" tall and weighing 160-180 lbs with a beard.**





Tracking #: **0089542281**

# Georgia Certified Process Server



Jason Garmon

Cert. Date   03/15/2021

Exp. Date   03/15/2024

ID #      356

## NON LAW ENFORCEMENT