AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **2:22-CV-00133-RWS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Kommerina Daling** was recieved by me on **7/09/2022**:

- [X] I personally served the summons on the individual at **724 Honeysuckle Road, Gainesville, GA 30501** on **07/09/2022**; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or
- [ ] I returned the summons unexecuted because ; or
- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 150.00 for services, for a total of $ 150.00.

I declare under penalty of perjury that this information is true.

Date: 7-15-22

Server's signature

**Lathan Nichols**
Printed name and title

5155 Malisa Ridge
Oakwood, GA 30566

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Kommerina Daling with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with an accent.**




Tracking #: 0089465996