# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA, <br><br> Defendants. | CIVIL ACTION NO. 2:22-cv-00133-SCJ <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiffs:** Farrah M. Farr
Phillip Brown
Kristof & Company, Inc.

**Defendants:** Kommerina Daling
John O'Sullivan
Sarah Wilson-Britt
Matt Tate

PPAB 6616720v1

The City of Gainesville, Georgia

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known other than as reflected in No. 1.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiffs:** David L. Pardue and Brian D. Stoltz of Parker Poe Adams & Bernstein, LLP

**Defendants:** City of Gainesville and Matt Tate: Dana K. Maine of Freeman Mathis & Gary, LLP
Kommerina Daling: unknown
John O'Sullivan: unknown
Sarah Wilson-Britt: unknown

Respectfully submitted this 22nd day of July 2022.

        /s/ David L. Pardue
David L. Pardue
Georgia Bar No.:  561217
Brian D. Stoltz
Georgia Bar No.: 648725

**PARKER POE ADAMS &**
   **BERNSTEIN LLP**
1075 Peachtree Street NE
Suite 1500
Atlanta, GA 30309
(678) 690-5750
davidpardue@parkerpoe.com
brianstoltz@parkerpoe.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rules 5.1 (c) and 7.1 (d).

This 22nd day of July 2022

                                           /s/ David L. Pardue
                                         David L. Pardue