Civil Action No.  2:22-CV-00133-RWS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Sarah Wilson-Britt** was recieved by me on **7/11/2022**:

- [X] I personally served the summons on the individual at **89 Melvin Drive, Jefferson, GA 30549** on **07/12/2022**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date: 7/13/22

*Server's signature*

**Jennifer Lovell**
*Printed name and title*

131 Canter Ln
Anderson, SC 29626

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Sarah Wilson-Britt with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**




Tracking #: 0089558100