IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN and KRISTOF & COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KOMMERINA DALING,<br>JOHN O'SULLIVAN,<br>SARAH WILSON-BRITT, in her individual and official capacity,<br>MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 2:22-cv-00133-SCJ |

## CONSENT MOTION TO EXTEND THE TIME
## FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

COME NOW, Defendants Sarah Wilson-Britt and Matt Tate, in their individual and official capacities and the City of Gainesville, Georgia (collectively, "Defendants"), and respectfully request that the Court enter an order extending the time for Defendants to respond to Plaintiffs' *Complaint for Damages and Injunctive Relief* (the "Complaint") [Dkt. No. 1] through and including August 15, 2022. Pursuant to Rule 12(a)(1)(A), Defendants' twenty-one (21) day deadline to respond to the Complaint expires on Monday, August 1, 2022.

Defendants only recently retained counsel and require additional time to prepare a responsive pleading. Defendants request this brief extension of time to respond to the Complaint and state that this delay will not improperly delay the adjudication of this matter. Defendants have conferred with Plaintiffs and are authorized to state Plaintiffs consent to this extension of time to respond.

A proposed order granting the relief requested is attached for the Court's consideration.

This 29th day of July 2022.

| | |
|---|---|
| **PARKER POE ADAMS & BERNSTEIN, LLP** | **FREEMAN MATHIS & GARY, LLP** |
| */s/ David L. Pardue* | */s/ Dana K. Maine* |
| DAVID L. PARDUE | DANA K. MAINE |
| Georgia Bar No. 561217 | Georgia Bar No. 466580 |
| BRIAN DAVID STOLTZ | NICOLAS D. BOHORQUEZ |
| Georgia Bar No. 648725 | Georgia Bar No. 517380 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 1075 Peachtree Street NE | 100 Galleria Parkway - Suite 1600 |
| Suite 1500 | Atlanta, GA 30339-5948 |
| Atlanta, Georgia 30309 | (770) 818-0000 (telephone) |
| (678) 690-5726 | (770) 937-9960 (facsimile) |
| davidpardue@parkerpoe.com | dmaine@fmglaw.com |
| brianstoltz@parkerpoe.com | acowan@fmglaw.com |
| | nicolas.bohorquez@fmglaw.com |

## **CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

This 29th day of July 2022.

*/s/ Dana K. Maine*
DANA K. MAINE
Georgia Bar No. 466580

*Attorneys for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
dmaine@fmglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** to the Clerk of Court using the Court's *CM/ECF* online filing system which will automatically send electronic mail notification of such filing and a copy to the following counsel of record:

David L. Pardue
Brian David Stoltz
PARKER POE ADAMS & BERNSTEIN, LLP
1075 Peachtree Street NE
Suite 1500
Atlanta, Georgia 30309
davidpardue@parkerpoe.com
brianstoltz@parkerpoe.com

*Attorneys for Plaintiffs*

This 29th day of July 2022.

                                        */s/ Dana K. Maine*
                                        DANA K. MAINE
                                        Georgia Bar No. 466580

                                        *Attorneys for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
dmaine@fmglaw.com