IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN and KRISTOF & COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KOMMERINA DALING,<br>JOHN O'SULLIVAN,<br>SARAH WILSON-BRITT, in her individual and official capacity,<br>MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 2:22-cv-00133-SCJ |

## [PROPOSED] ORDER GRANTING MOTION

Having reviewed the Consent Motion to Extend the Time for Defendants to Respond to the Complaint, the Court GRANTS the motion. Defendants' response to Plaintiffs' Complaint is due on or before August 15, 2022.

SO ORDERED this \_\_\_\_ day of July, 2022.

_____
**The Honorable Steve C. Jones**
UNITED STATES DISTRICT JUDGE

**Prepared and presented by:**

**FREEMAN MATIS & GARY, LLP**

*/s/ Dana K. Maine*
DANA K. MAINE
Georgia Bar No. 466580
NICOLAS D. BOHORQUEZ
Georgia Bar No. 517380

100 Galleria Parkway - Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
dmaine@fmglaw.com
nicolas.bohorquez@fmglaw.com