# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 2:22-cv-00133-SCJ |

**PLAINTIFFS' REQUEST TO INCREASE PAGE LIMIT FOR MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANTS SARAH WILSON-BRITT, MATT TATE, AND THE CITY OF GAINESVILLE, GEORGIA**

Come now, Plaintiffs' Farrah M. Farr ("Farr"), Phillip Brown ("Brown"), and Kristof & Company, Inc. (collectively, "Plaintiffs"), and file this request to increase the twenty-five (25) page limit set forth at L.R. 7.1(D) to thirty (35) pages, not including certificates of compliance, certificates of service, and signature blocks, with respect to their response to Defendants' Motion to Dismiss Amended Complaint.

Defendants also filed a motion requesting an increase in the page limit for its memorandum in support of its Motion to Dismiss Amended Complaint and filed a brief over 25 pages. Defendants' Motion to Dismiss Amended Complaint contains a laundry list of misplaced arguments that need to be rebutted and omits several crucial factual allegations that are contained in the Amended Complaint. These additional pages will be useful to Plaintiffs to thoroughly oppose Defendants' arguments in its brief. *See Eubanks v. Henry Cnty.,* No. 1:11-CV-3969-AJB, 2013 WL 11971258, at *1 (N.D. Ga. June 20, 2013)(granting a motion for leave to file excess pages allowing the filing of a 42-page brief).

Plaintiffs submit this request six (6) days prior to the deadline to file their response in accordance with the consent motion to extend the deadline to respond by November 1, 2022, which was filed on October 18, 2022.

Respectfully submitted, this 26th day of October, 2022.

                                                    PARKER POE ADAMS & BERNSTEIN LLP

                                                    */s/ David L. Pardue*
                                                    David L. Pardue
                                                    Georgia Bar No.: 561217
                                                    davidpardue@parkerpoe.com
                                                    Brian David Stoltz
                                                    Georgia Bar No.: 648725
                                                    brianstoltz@parkerpoe.com
                                                    1075 Peachtree St. NE, Suite 1500
                                                    Atlanta, Georgia 30309
                                                    (678) 690-5726

                                                    *Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by this Court in Local Rule 5.1(C).

This 26th day of October, 2022.

                                             PARKER POE ADAMS & BERNSTEIN LLP

                                             */s/ David L. Pardue*
                                             David L. Pardue
                                             Georgia Bar No.: 561217

1075 Peachtree St. NE, Suite 1500
Atlanta, Georgia 30309
(678) 690-5726
davidpardue@parkerpoe.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing upon counsel of record, via the Court's CM/ECF system, which will automatically send service to counsel of record.

This 26th day of October, 2022.

                                         PARKER POE ADAMS &
                                         BERNSTEIN LLP

                                         */s/ David L. Pardue*
                                         David L. Pardue
                                         Georgia Bar No.: 561217

1075 Peachtree St. NE, Suite 1500
Atlanta, Georgia 30309
(678) 690-5726
davidpardue@parkerpoe.com

*Counsel for Plaintiffs*