# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>2:22-cv-00133-SCJ |

## [PROPOSED] ORDER

The Court, having considered Plaintiffs' Request to Increase Page Limit for Memorandum of Law in Opposition to Motion to Dismiss Amended Complaint by Defendants Sarah Wilson-Britt, Matt Tate, and The City Of Gainesville, Georgia, finds that the requested increase in page limit is hereby GRANTED. Plaintiffs shall have up to thirty-five (35) pages, not including certificates of compliance, certificates of service, and signature blocks, in which to complete their Memorandum of Law in Opposition to Motion to Dismiss Amended Complaint by Defendants Sarah Wilson-Britt, Matt Tate, and The City Of Gainesville, Georgia.

PPAB 8199511v1

2

SO ORDERED, this _____ day of _____, 2022.

                                              _____

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE