# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br><br>2:22-cv-00133-SCJ |

## ORDER

The Court, having considered Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motion To Dismiss Amended Complaint, finds that the requested extension of time is reasonable. Therefore, finding good cause to GRANT said motion, IT IS HEREBY ORDERED that Plaintiffs' deadline to oppose Defendants' Motion to Dismiss Amended Complaint is extended from October 21, 2022 to November 1, 2022.

SO ORDERED, this 26th day of October, 2022.

s/Steve C. Jones
UNITED STATES DISTRICT JUDGE