GAINESVILLE

GOVERNMENT   VISITORS   COMMUNITY   SERVICES   HOW DO I...   Search...

Building Inspection
Services Division

Code Enforcement

Housing Division ▶

Planning Division ▶

Home › Community › Community & Economic Development › Divisions › Code Enforcement

## Code Enforcement

Code Enforcement's mission is to enforce the ordinances of the City of Gainesville fairly and equitably through administrative, inspection and regulatory procedures.

### Reporting Code Violations

Each citizen has a right and is encouraged to report code violations. Reports may be made by telephone or in person to any member of the Code Enforcement Division or the Gainesville Police Department. Once a report of a code violation is made, in most cases, a member of Code Enforcement will notify the responsible person(s) of the violation and educate them on how to gain compliance. If voluntary compliance is not achieved in a specified time period, the responsible person(s) is issued a citation and ordered to appear before an administrative hearing officer or a Gainesville Municipal Court judge. Once a citation or summons is issued, the judicial officer makes all final decisions.

### Ordinance Descriptions

The following are brief descriptions of ordinances that generate the most questions about the code:

- **Junk Vehicles (3-5-11)** - It is unlawful to keep, leave or store any junk and salvage equipment, machinery or parts, including inoperable motor vehicles, outdoors upon any public or private land within the City.
- **Littering (4-3-13)** - It is unlawful for any person or persons to dump, deposit, throw, or leave or to cause or permit the dumping, depositing, placing, throwing, or leaving of litter on any public property, private property, or any waters in the City.
- **Noise Disturbances (3-8-1)** - It is unlawful for any person to make or create or cause to be continued any loud, unnecessary or unusual sound or noise, which unreasonably annoys or is detrimental to others.
- **Overgrown Vegetation (3-9-4)** - No owner of land within the City may permit any obnoxious or disagreeable weeds, untrimmed grass or unhealthy growths as determined by this chapter.
- **Poultry and Animal Yards (4-1-32)** - It shall be unlawful for any person within the City to erect or maintain any poultry or animal yard within 300 feet of any residence, except the residence of the owner, or within 300 feet of any public building unless such yard is maintained in accordance with the provisions set forth by the building inspections department.
- **Private Dumpsters (4-3-12)** - It is unlawful for any person to throw, deposit or otherwise leave trash or garbage in dumpsters that are leased and paid for for private use, except by permission of the owner.
- **Residential Garbage (4-3-6)** - Residential garbage must be placed in plastic bags with tops tied and placed in plastic containers equipped with a tight-fitting cover with handles. Receptacles that are placed curbside shall be removed from the curb the same day as collected.
- **Signs (9-18-3-2 & 9-18-3-10)** - No sign may be painted upon or attached to a tree, utility pole, rock or other natural feature, and no part of a sign shall be located in, over or project into a public right-of-way except for awning signs, canopy signs or projecting signs in the central business district.
- **Yard Parking (9-10-3-7)** - Parking shall be permitted only in designated hard-surfaced areas with concrete or asphalt surfacing and shall not be permitted outside such surfaced areas (i.e., no parking in yards).

### Contact Us

**Jeff Bull**
Code Enforcement Manager
Contact Jeff Bull
Phone: 770-538-2437

**Community & Economic Development**
Contact Community & Economic Development

**Physical Address** 📍 View Map
311 Henry Ward Way
Gainesville, GA 30501

Directions

**Mailing Address**
PO Box 2496
Gainesville, GA 30503

Phone: 770-531-6570

Directory

**Create a Website Account** - Manage notification subscriptions, save form progress and more.    Website Sign In


**WATER**
Find information on water service


**PERMITS**
Building & development


**PARKS & REC**
Explore the outdoors


**PAYMENTS**
Easily view & pay bills


**JOBS**
See employment opportunities


**VIDEOS**
Watch community media


GAINESVILLE

**CONTACT US**
City of Gainesville
P.O. Box 2496
Gainesville, GA 30503
Phone: 770-535-6860

**QUICK LINKS**
City Council
Aquatic Center
Public Transportation
Open Records Requests
Gainesville-Hall County GIS
Code of Ordinances - Municode

**HELPFUL LINKS**
Home
Site Map
Contact Us
Accessibility
Privacy Policy
Copyright Notices

cp Government Websites by CivicPlus®

Select Langu