# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:22-cv-00133-SCJ |

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I, as counsel of record for Plaintiffs, served the following:

1. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT JOHN O'SULLIVAN;**

2. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT SARAH WILSON-BRITT;**

3. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT MATT TATE;**

4. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT THE CITY OF GAINESVILLE;**

5. **PLAINTIFFS' FIRST SET OF CONTINUING INTERROGATORIES TO DEFENDANT KOMMERINA DALING;**

6. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF CONTINUING INTERROGATORIES TO DEFENDANT JOHN O'SULLIVAN;**

7. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF CONTINUING INTERROGATORIES TO DEFENDANT SARAH WILSON-BRITT;**

8. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF CONTINUING INTERROGATORIES TO DEFENDANT MATT TATE;**

9. **PLAINTIFF FARRAH M. FARR'S FIRST SET OF CONTINUING INTERROGATORIES TO DEFENDANT THE CITY OF GAINESVILLE;**

PPAB 8395862v1

10. **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS KOMMERINA DALING AND JOHN O'SULLIVAN; and**

11. **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS SARAH WILSON-BRITT, MATT TATE AND THE CITY OF GAINESVILLE**

upon Defendants' counsel of record by electronic mail, addressed as follows:

| | |
|---|---|
| Adam Klein<br>**FAIN, MAJOR & BRENNAN**<br>One Premier Plaza<br>5605 Glenridge Drive<br>Suite 900<br>Atlanta, GA 30342<br>aklein@fainmajor.com<br><br>*Attorneys for Defendants Kommerina Daling and John O'Sullivan* | Dana K. Maine<br>Nicholas D. Bohorquez<br>**FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339<br>dmaine@fmglaw.com<br>nicholas.bohorquez@fmglaw.com<br><br>*Attorneys for Defendants Sarah Wilson-Britt, Matt Tate and the City of Gainesville* |

PPAB 8395862v1

This 9th day of December, 2022.

                                             /s/ David L. Pardue
                                             David L. Pardue
                                             Georgia Bar No. 561217
                                             Brian D. Stoltz
                                             Georgia Bar No. 648725

                                             *Counsel for Plaintiffs*

Parker Poe Adams & Bernstein LLP
1075 Peachtree St. NE, Suite 1500
Atlanta, Georgia  30309
Tel:   (678) 690-5726
Fax:   (404) 869-6972
davidpardue@parkerpoe.com
brianstoltz@parkerpoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing upon counsel of record, via the Court's CM/ECF system, which will automatically send service to counsel of record.

This the 9th day of December, 2022.

>  */s/ David L. Pardue*
>  David L. Pardue