# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA, <br><br> Defendants. | CIVIL ACTION NO. <br> 2:22-cv-00133-SCJ |

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I, as counsel of record for Farrah M. Farr, Phillip Brown, and Kristof & Company, Inc., served the following:

1. **DEFENDANTS NOTICE TO TAKE DEPOSITION OF KOMMERINA DALING;**

2. **DEFENDANTS NOTICE TO TAKE DEPOSITION OF JOHN O'SULLIVAN;**

3. **DEFENDANTS NOTICE TO TAKE DEPOSITION OF SARAH WILSON-BRITT;**

PPAB 8393103v1

4. **DEFENDANTS NOTICE TO TAKE DEPOSITION OF MATT TATE;** and

5. **DEFENDANTS NOTICE TO TAKE DEPOSITION OF THE CITY OF GAINESVILLE, GEORGIA**

upon Defendants' counsel of record by electronic mail, addressed as follows:

| | |
|---|---|
| Adam Klein<br>**FAIN, MAJOR & BRENNAN**<br>One Premier Plaza<br>5605 Glenridge Drive<br>Suite 900<br>Atlanta, GA 30342<br>aklein@fainmajor.com<br><br>*Attorneys for Defendants Kommerina Daling and John O'Sullivan* | Dana K. Maine<br>Nicholas D. Bohorquez<br>**FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339<br>dmaine@fmglaw.com<br>nicolas.bohorquez@fmglaw.com<br><br>*Attorneys for Defendants Sarah Wilson-Britt, Matt Tate and the City of Gainesville* |

This 13th day of December, 2022.

/s/ David L. Pardue
David L. Pardue
Georgia Bar No. 561217
Brian D. Stoltz
Georgia Bar No. 648725

*Counsel for Plaintiffs*

Parker Poe Adams & Bernstein LLP
1075 Peachtree St. NE, Suite 1500
Atlanta, Georgia  30309
Tel:   (678) 690-5726
Fax:   (404) 869-6972
davidpardue@parkerpoe.com
brianstoltz@parkerpoe.com

PPAB 8393103v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing upon counsel of record, via the Court's CM/ECF system, which will automatically send service to counsel of record.

This the 13th day of December, 2022.

/s/ David L. Pardue
David L. Pardue