IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FARRAH M. FARR, PHILLIP BROWN
and KRISTOF & COMPANY, INC.,

   Plaintiffs,

v.

KOMMERINA DALING, et al.,

   Defendants.

CIVIL ACTION FILE

No. 2:22-CV-00133-SCJ

## ORDER

This matter appears before the Court on Defendants Sarah Wilson-Britt, Matt Tate, and the City of Gainesville, Georgia ("Defendants") Motion to Stay Local Rule Deadlines. Doc. No. [30].[1] Plaintiffs have not filed a response in opposition to the Motion, thus indicating that it is unopposed. For good cause shown, Defendants' Motion is hereby **GRANTED**. It is hereby **ORDERED** that all preliminary deadlines required by Federal Rules of Civil Procedure 16 and 26,

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

and Local Rules 16 and 26 are **STAYED** pending the Court's ruling on the pending motions to dismiss.

IT IS SO ORDERED this \_\_20th\_\_ day of December, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE