## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC. | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA, | ) 2:22-cv-00133-SCJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING EXTENSION OF DISCOVERY

Upon consent motion between counsel of record for the Plaintiffs and Defendants, it is hereby ordered and granted that the discovery period is extended up through and including May 16, 2023. It is further ordered and granted that the following deadlines are as follows:

(a) *Motions to Compel:* before the close of discovery or within the extension period allowed in some instances. Local Rule 37.1.

(b) *Summary Judgment Motions:* within twenty (20) days after the close of discovery, unless otherwise permitted by Court order. Local Rule 56.1.

(c)     *Other Limited Motions:* Refer to Local Rules 7.2A; 7.2B, and 7.2E, respectively, regarding filing limitations for motions pending on removal, emergency motions, and motions for reconsideration.

(d)     *Disclosure of Expert Testimony*: Disclosure of Expert Testimony must be made at least 90 days before the date set for trial; or if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure in accordance with FRCP 26(a)(2)(d). Depositions of expert witnesses shall be taken within 30 days following the disclosure of expert testimony.

(e)     *Motions Objecting to Expert Testimony: Daubert* motions with regard to expert testimony no later than the date the proposed pretrial order is submitted. Refer to Local Rule 7.2F.

SO ORDERED this _____ day of January, 2023.

_____
Honorable Steve C. Jones
UNITED STATES DISTRICT JUDGE