# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 2:22-cv-00133-SCJ |

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I, as counsel of record for Plaintiffs, served **PLAINTIFF'S INITIAL DISCLOSURES** upon Defendants' counsel of record by electronic mail, addressed as follows:

Adam Klein
**FAIN, MAJOR & BRENNAN**
One Premier Plaza
5605 Glenridge Drive
Suite 900
Atlanta, GA 30342
aklein@fainmajor.com

*Attorneys for Defendants Kommerina Daling and John O'Sullivan*

Dana K. Maine
Nicholas D. Bohorquez
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
dmaine@fmglaw.com
nicolas.bohorquez@fmglaw.com

*Attorneys for Defendants Sarah Wilson-Britt, Matt Tate and the City of Gainesville*

This 28th day of February, 2023.

                                          /s/ David L. Pardue
                                          David L. Pardue
                                          Georgia Bar No. 561217
                                          Brian D. Stoltz
                                          Georgia Bar No. 648725

                                          *Counsel for Plaintiffs*

Parker Poe Adams & Bernstein LLP
1075 Peachtree St. NE, Suite 1500
Atlanta, Georgia  30309
Tel:   (678) 690-5726
Fax:   (404) 869-6972
davidpardue@parkerpoe.com
brianstoltz@parkerpoe.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing upon counsel of record, via the Court's CM/ECF system, which will automatically send service to counsel of record.

This the 28th day of February, 2023.

                                                 */s/ David L. Pardue*
                                               David L. Pardue