**<u>EXHIBIT A</u>**

**Matt Tate**

| | |
|---|---|
| **From:** | John V. O'Sullivan <████████████████████> |
| **Sent:** | Thursday, July 23, 2020 2:39 PM |
| **To:** | Matt Tate |
| **Subject:** | Fwd: Airbnb |

> **CAUTION:*** **This email originated from outside the City of Gainesville networks. Be aware of phishing, and remember: CoG DoIT will never ask for your password or other personal information in email. Use caution with attachments or clicking on links if you are absolutely sure it is legit and safe..*** **

Hi Matt,

Thanks for this below. So, yes. Please do now ask for investigation. It's the 725 Mtn. View Cir. house that is now short term rentals and advertising for events, weddings etc. When examining the advertisements for this new business, it's clear that they are setting up a significant venue and they are intending for the long-haul.

Check this out:

https://xh.airbnb.com/rooms/38295867?source_impression_id=p3_1595463505_T3K0ox%2Fm1TIyxor7&guests=1&adults=1

https://www.expedia.com/Gainesville-Hotels-Vrbo-Property.h40128574.Hotel-Information

https://www.vrbo.com/1756097

They are advertising for weddings and being a music venue etc. The last six weeks, it's lots of noise, fireworks in the middle of the day (not around the Holiday of the 4th), very inexperienced (or intoxicated) boating right up to other people in the water, sloppy fuel spills in the water of the cove, heightened amounts of garbage, etc. etc. But all that aside, whereas we do not permit short term rentals and event rentals in R1, if we could address the underlying misadventure of the new business and look forward, that would be great, the history is water under the bridge.

When neighbor Mr. Bliss, on behalf of several of us, called the new owner-manager, Ms. Farrah Farr, with a tone of a friendly neighbor wanting to address noise and fireworks at the newish business, he was told within minutes: "mind your own business," "it's my property" & f-off." I'm not kidding. So, trying to shape it in any neighborly way failed. We need help.

History: As far as we can tell, it was for about a decade the property of Mr. Brown. The Browns divorced. The house went to an LLC construction; Mr. Brown probably purchased Mr's Brown's equity. And then Mr. Brown deeded the property to his new girlfriend, Ms. Fara, Farr. She is now the owner and operator of the new business which is heavily advertised for "events," in several languages. To my knowledge, she has never lived

1

in the house and is not from Gainesville. The property is the biggest in the neighborhood. It's really the perfect example of what everyone dreads about short term rentals. ... An out of town owner operating a big business in a quiet residential neighborhood etc. As soon as they do have their first *big* venue, observe, there is no place to park on that street without making it impossible to turn around in the cul-de-sac, which is already the case when only one or two cars are parked down there. The 725 house actually has zero feet of curb on the street. They already have to put their trash and park their extra cars in front of other houses.

Both Ms. Farr and Mr. Brown -- who still in the neighborhood regularly -- are strong and intimidating characters and will no doubt push back hard when confronted.

Full disclosure: My wife and I own the neighboring property. 715 Mountain View. It's managed by Collen's Property. We only do leases of at least twelve months. Many stay much longer. The renters are always Gainesville professionals moving to town or Gainesville folks in transition. And long-term rentals, I think, are an important part of the housing structure in the city, and it's legal, and those people meet their neighbors and care about the neighborhood etc. I live one street over and would immediately address any neighborhood problem. Anyway, that house is between renters right now. And, when prospective renters look at that long-term rental house, and we, as ethical folks, disclose that the neighboring house is currently a short-term Airbnb, they walk away. Even renters don't want to live next to an Airbnb party house! So, I admit I have many heightened personal concerns about this neighboring new business in this R1, but my concerns are broadly shared.

Matt, if you could please pass this case to the appropriate strong city authority, please do so. According to the Airbnb calendar, the next set of renters will arrive tomorrow, 7/24/20.

May I somehow get a report on progress? I give you permission to pass this note and the web sites above to the proper city authority.

To answer your other question, The Honeysuckle Hills Homeowners Association currently has no position statement on short term rentals, but I'm confident we are going to create one as soon as we can get together again! That is currently thwarted by social distancing needs.

Thank you Mr. Tate.

John O'Sullivan
724 Honeysuckle Rd.
Gainesville, GA, 30501

████████████████

On 7/22/20 4:11 PM, Matt Tate wrote:

> John,
> The City does not have an specific Airbnb ordinance as the County does. We are waiting to see what occurs with Georgia HB 523 regarding short term rentals that would prohibit local governments from restricting the use. The bill seems to be stalled in the House Hopper. In general, an Airbnb is considered a lodging service which would include other short term rentals such as hotels, motels and such. These uses are currently not permitted within a residential zoning district or as a Home Occupation. I can have code enforcement investigate the matter if you have a specific address. Also, it would be good to know if there is an active HOA that regulates against this as well.

2

Take care,
**Matt Tate**
**Deputy Director**
**Community & Economic Development**

 GAINESVILLE

311 Henry Ward Way
Gainesville, Georgia 30501
P.O. Box 2496 Gainesville, Georgia 30503
770.531.6573

**From:** John V. O'Sullivan <​███████████████​>
**Sent:** Friday, July 17, 2020 12:07 PM
**To:** Matt Tate <mtate@gainesville.org>
**Subject:** Fwd: Fwd: Airbnb

> **CAUTION:*** *This email originated from outside the City of Gainesville networks. Be aware of phishing, and remember: CoG DoIT will never ask for your password or other personal information in email. Use caution with attachments or clicking on links if you are absolutely sure it is legit and safe..*** **

Hi Matt,

Let me please get your assistance and insight into something else. Again, I (and others) have tried to solve our problems at the lowest levels and not involve the city or anything, but we are failing. One colleague of mine, Dale Caldwell, had some email with you a year ago and some of it is below, but let me ask:

Before I call anyone, where should I most clearly see the current rules about Airbnb in the city? Is their an addendum on the topic somewhere or is it burred in the ordinances?

The issue newly here is: short term rentals in a very big house advertised for weddings, music venues, and parties etc.; amplified music; noise; mid-day fireworks; etc. No; it's not the Bayberry address. *They* softened their guest list over the years. This is a new venue.

Such is clearly taboo, correct? Matt, who is the best person for me to call to shape this situation? I'm writing on behalf of others as well who would join me in a meeting with a city official.

Thank you,

John

> **From:** Matt Tate <mtate@gainesville.org>
> **Date:** September 12, 2019 at 7:22:06 PM EDT
> **To:** "'dcaldwell@chattahoochee.org'" <dcaldwell@chattahoochee.org>
> **Subject: Airbnb**
>
> Dale,
> Airbnb uses are not permitted within the city. These are considered lodging services which are not permitted within residential zoning districts and are not permitted as a

3

home occupation. The city may explore the possibility of these uses in the future.
However, I have no timeframe at this point.

Take care,

**Matt Tate**
**Deputy Director**
Community & Economic Development
**O** | 770-531-6573
**W** | www.gainesville.org

CITY OF
**GAINESVILLE**
COMMUNITY AND ECONOMIC DEVELOPMENT