## **EXHIBIT B**



# GAINESVILLE 2030 COMPREHENSIVE PLAN

## Community Assessment
### VOLUME I - EXECUTIVE SUMMARY

*Prepared by URBAN COLLAGE, INC.*
*The Jaeger Company, Clark Patterson Lee,*
*Huntley Partners and The Bleakly Advisory Group*

*In partnership with*
*The Georgia Mountains Regional Commission*

## JUNE 2011

# ACKNOWLEDGEMENTS

### MAYOR & COUNCIL OF THE CITY OF GAINESVILLE

Mayor Ruth Bruner,............................................................ Ward 5
Mayor Pro Tem Danny Dunagan,...................................... Ward 1
Robert L. Hamrick ............................................................. Ward 2
Myrtle W. Figueras............................................................. Ward 3
George Wangemann........................................................... Ward 4

### GAINESVILLE CITY STAFF

Kip Padgett ............................................................City Manager
Angela Sheppard.....................................Assistant City Manager
Rusty Ligon ................. Director of Community Development
Matt Tate ........................................... Planning Division Manager

### GEORGIA MOUNTAIN REGIONAL CENTER

Adam Hazell......................................................Planning Director

### PROJECT MANAGEMENT TEAM

Rusty Ligon ................. Director of Community Development
Matt Tate ........................................... Planning Division Manager
Angela Sheppard.....................................Assistant City Manager
Chris Rotalsky.......................Assistant Public Works Director
Phillippa Lewis Moss ...............Com. Service Center Director
Michael Graham .......... Deputy Director, Parks & Recreation
Jon Canada.................................................................. Fire Chief
Myron Bennett...................... P. E., Public Utilities Department

### COMPREHENSIVE PLANNING TASK FORCE

Bob Hamrick .................................. City of Gainesville, Ward 2
George Wangemann ..................... City of Gainesville, Ward 4
Christine Brosky................................. Gainesville City Schools
Jody Wall................................ Brenau University, Chief of Staff
Martha Randolph........................................ Monique's Hair Salon
Tim Evans.......... Greater Hall Chamber of Commerce  EDC
Meg Nivens.................................................................Vision 2030
Brian Daniel........................... Carroll Daniel Construction Co
Lee Hemmer ..........................................The Simpson Company
Garland Reynolds............................... Reynolds Architects, PC
Larry Long ........................................................Fore Star Group
Joan Alford ........................................Bradford Ridgewood NPU
Berlinda Lipscomb.....................................Fair Street NPU
Jennifer Rudeseal........................................Green Street Circle
John Vardemann .................................................. Longstreet Hills
John O'Sullivan...........................Honeysuckle  Neighborhood
Kevin Myer........................ Historic Preservation Commission
Haydee de la Fuente-Anderson .......................... Mexico Lindo
Camille Viera .........................................Real Estate Professional
Randy Knighton ..........................................Hall County Planning
Dean Dadisman ............Gainesville Planning & Appeals Board

### CONSULTING TEAM

Urban Collage, Inc...................... Lead Planner / Urban Design
The Jaeger Company................. Natural / Historic Resources
Clark Patterson Lee ............Transportation / Civil Enginering
Huntley Partners.................. Demographics / Market Analysis
Bleakley Advisory Group............................ Opportunity Zones