**<u>EXHIBIT C</u>**

Dear City of Gainesville Neighbors:

Please consider attending a Public Hearing of the Gainesville Planning and Appeals Board on Tuesday February 8th at 5:30 PM in the Gainesville Justice Center on 701 Queen City Parkway to voice opposition to rule changes.

Home Owners in the City of Gainesville have always enjoyed and benefited from the Gainesville city rules, which protect the quiet character of R1 residential neighborhoods by keeping these residential areas from being invaded by business. These ordinances are now under attack by the Short Term Rental (STR) industry (such as AirBnB).

The City is hearing a case of a homeowner's request to the City to let him exploit his home as a commercial short term rental (STR) business for weddings, parties, etc.

If the board were to approve such request this will have negative long-term consequences for the traditional R1 Gainesville neighborhoods. One such approval means setting a city-wide precedent. This can affect your neighborhood, street or cull de sac tomorrow.

STR's come with many well documented problems: a revolving door of unknown strangers occupying the house next door, noise, traffic, excess garbage, property damage, large noisy and drunken-parties, public urination, and out-of-state landlords who care nothing about the neighborhood.

Several Georgia cities already report (Atlanta Journal & Constitution) that Airbnb's enable mobile gangs selling drugs with cash to burn, and skip from town to town.

Short term renters are not tracked or reported for being on the GA Sex Offender Registry, and that is important for some people living in traditional Gainesville R1 neighborhoods, especially women and families with children.

In cities and neighborhoods where home owners were allowed to turn their residential homes into Airbnb's/motels/STR's, it leads to driving down some individual home values that are adjacent to the businesses while driving property taxes up over a whole neighborhood as the vacation business in the streets leads to higher tax appraisals. This leads to the original residents of a neighborhood not being able to afford to stay in their own homes.

Residential homes on your street will not be occupied by a neighbor you can relate with, but may be owned by an out of state corporation and occupied by vacationers who have no stake in keeping the neighborhood peaceful and quiet.

You will not know who is in the house next door from one day to the next. Short term renters are often not interested in being neighborly, as they will be gone in 2 or 3 days. Short term renters can mean a party next door every single weekend and every night.

Instead of risking our neighborhoods getting damaged by this industry, the city can continue to accommodate visitors to the area in one of the many motels and hotels in Gainesville which are designed for short term visitors. Let's keep the residential neighborhoods in Gainesville residential.

If you are also concerned about negative changes to our neighborhoods, please join the rest of us at the meeting on February the 8the and sign the petition below.