IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN and KRISTOF & COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA, <br><br> Defendants. | CIVIL ACTION FILE NO. 2:22-cv-00133-SCJ |

## MOTION TO DISMISS SECOND AMENDED COMPLAINT

COME NOW, Defendants Sarah Wilson-Britt ("Ms. Wilson-Britt"), in her individual and official capacity, Matt Tate ("Mr. Tate"), in his individual and official capacity, and the City of Gainesville, Georgia (the "City") (Ms. Wilson-Britt, Mr. Tate, and the City are collectively, the "Defendants"), and hereby file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants incorporate their Memorandum of Law filed herewith.

WHEREFORE, Defendants respectfully request that the Court grant the Motion to Dismiss and dismiss Plaintiffs' claims in Counts III through V and VIII through the remaining counts[1] of their *Second Amended Complaint for Damages, Declaratory Relief and Permanent Injunctive Relief* (the "Second Amended Complaint") and upon resolution of the federal claims and to the extent any state law claims remain, decline to exercise its supplemental jurisdiction over the remaining state law claims.

Respectfully submitted this 21st day of March 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dana K. Maine*
DANA K. MAINE
Georgia Bar No. 466580
dmaine@fmglaw.com
NICOLAS D. BOHORQUEZ
Georgia Bar No. 517380
nicolas.bohorquez@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

---

[1] The Second Amended Complaint contains multiple claims identified as Count VIII beginning at page 35 of the Second Amended Complaint, resulting in a misnumbering of the remaining counts.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing *MOTION TO DISMISS SECOND AMENDED COMPLAINT* to the Clerk of Court using the CM/ECF *e-filing* system which will automatically send electronic mail notification of such filing to the following counsel of record:

| | |
|---|---|
| David L. Pardue<br>Brian David Stoltz<br>PARKER POE ADAMS & BERNSTEIN, LLP<br>1075 Peachtree Street NE - Suite 1500<br>Atlanta, Georgia 30309<br>davidpardue@parkerpoe.com<br>brianstoltz@parkerpoe.com<br><br>*Attorneys for Plaintiff* | Adam Klein<br>FAIN MAJOR & BRENNAN<br>One Premier Plaza<br>5605 Glenridge Drive – Suite 900<br>Atlanta, GA  303642<br>aklein@fainmajor.co<br><br>*Attorneys for Defendants Kommerina Daling and John O'Sullivan* |

This 21st day of March, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Dana K. Maine*
DANA K. MAINE
Georgia Bar No. 466580
dmaine@fmglaw.com