# EXHIBIT 1

## Abbott S. Hayes, Jr.

| | |
|---|---|
| **From:** | Brandon L. Bowen <bbowen@jbwpc.com> |
| **Sent:** | Friday, February 4, 2022 3:58 PM |
| **To:** | Abbott S. Hayes, Jr.; Kimberly Prine |
| **Cc:** | Bryan Lackey (blackey@gainesvillega.gov); Angela Sheppard (asheppard@gainesvillega.gov); Matt Tate (mtate@gainesvillega.gov); Sarah Wilson-Britt (swilson-britt@gainesvillega.gov); Rusty Ligon - City of Gainesville (rligon@gainesvillega.gov) |
| **Subject:** | RE: Brown - appeal to Gainesville PAB |

Abb,

Your confirmation below will be sufficient- can you please send it to me or my client on City letterhead? Based on your representation we will withdraw the appeal.

Thanks, and have a great weekend.

Brandon


Brandon L. Bowen
Jenkins, Bowen & Walker, P.C.
15 South Public Square
Cartersville, Georgia 30120
(770) 387-1373




**From:** Abbott S. Hayes, Jr. <ash@homlaw.com>
**Sent:** Friday, February 4, 2022 9:22 AM
**To:** Brandon L. Bowen <bbowen@jbwpc.com>; Kimberly Prine <Kprine@jbwpc.com>
**Cc:** Bryan Lackey (blackey@gainesvillega.gov) <blackey@gainesvillega.gov>; Angela Sheppard (asheppard@gainesvillega.gov) <asheppard@gainesvillega.gov>; Matt Tate (mtate@gainesvillega.gov) <mtate@gainesvillega.gov>; Sarah Wilson-Britt (swilson-britt@gainesvillega.gov) <swilson-britt@gainesvillega.gov>; Rusty Ligon - City of Gainesville (rligon@gainesvillega.gov) <rligon@gainesvillega.gov>
**Subject:** RE: Brown - appeal to Gainesville PAB

Brandon – Sheryl Voyles will email you documents responsive to your open records request this afternoon, if you haven't withdrawn your appeal before then. Per our discussion yesterday, I will bring the certified copies of the code sections and zoning map to the hearing on Tuesday, if you and your client proceed with the appeal. Thanks.

**From:** Abbott S. Hayes, Jr.
**Sent:** Thursday, February 3, 2022 5:30 PM
**To:** Brandon Bowen (bbowen@jbwpc.com) <bbowen@jbwpc.com>; Kimberly Prine <Kprine@jbwpc.com>
**Cc:** Bryan Lackey (blackey@gainesvillega.gov) <blackey@gainesvillega.gov>; Angela Sheppard (asheppard@gainesvillega.gov) <asheppard@gainesvillega.gov>; Matt Tate (mtate@gainesvillega.gov)

1

<mtate@gainesvillega.gov>; Sarah Wilson-Britt (swilson-britt@gainesvillega.gov) <swilson-britt@gainesvillega.gov>; Rusty Ligon - City of Gainesville (rligon@gainesvillega.gov) <rligon@gainesvillega.gov>
**Subject:** Brown - appeal to Gainesville PAB

Brandon – Pursuant to our discussion, it is my understanding that your client, Phillip R. Brown, wishes to withdraw his appeal, scheduled for a hearing next Tuesday, if you can get confirmation of two items:

(1) The City ULDC does not prohibit rental of your client's property for more than 15 days at a time; and

(2) The City ULDC does not prohibit your client from listing his property on rental websites such as VRBO and Airbnb, for time periods longer than 15 days.

Please consider this email as confirmation of both items. In the event that you want additional confirmation from a City of Gainesville staff person, or in the event that you want confirmation in some form other than email, please let me know, and I will work to provide it. If you wish to discuss this matter in more detail, please let me know. Otherwise, please respond with an email indicating that you wish to dismiss the appeal scheduled for a hearing on Tuesday. Thanks.

**HULSEY, OLIVER & MAHAR, LLP**
——————— EST. 1914 ———————

**Abbott S. Hayes, Jr.**

P.O. Box 1457
Gainesville, GA 30503
770.532.6312 | Fax: 770.532.6822

ash@homlaw.com
**www.homlaw.com**

NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or rely on in any way the contents of this email and its attachments. NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION IN THE ABSENCE OF AN EXECUTED FEE CONTRACT OR ENGAGEMENT LETTER. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.