# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.:<br>  2:22-cv-00133-RWS |

**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

COMES NOW, Vera J. Starks, and hereby notifies the Court and opposing counsel that she is being substituted as counsel of record for Defendants Kommerina Daling and John O'Sullivan in place of Adam Klein. The law firm of record for Defendants will remain the same. Furthermore, Adam Klein, is withdrawing as counsel for the Defendants. All further notices shall be directed to:

Vera J. Starks, Esq.
Fain, Major & Brennan, P.C.
One Premier Plaza
5605 Glenridge Drive, Suite 900

Atlanta, GA 30342
vstarks@fainmajor.com

Respectfully submitted, this 29th day of March, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Vera J. Starks*
VERA J. STARKS
Georgia Bar No. 935496
*Counsel for Defendants Kommerina Daling and John O'Sullivan*

One Premier Plaza
5605 Glenridge Drive, Suite 900
Atlanta, GA  30342
(404) 688-6633
vstarks@fainmajor.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

|  |  |
|---|---|
|  | **FAIN MAJOR & BRENNAN, PC** |
|  | */s/ Vera J. Starks* |
|  | VERA J. STARKS |
| One Premier Plaza | Georgia State Bar No. 935496 |
| 5605 Glenridge Drive, Suite 900 | *Counsel for Defendants Kommerina* |
| Atlanta, GA 30342 | *Daling and John O'Sullivan* |
| (404) 688-6633 |  |
| vstarks@fainmajor.com |  |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA <br><br> Defendants. | CIVIL ACTION FILE NO.: <br> 2:22-cv-00133-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing *Notice of Substitution and Withdrawal of Counsel* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

| | |
|---|---|
| David L. Pardue, Esq. <br> Brian David Stoltz, Esq. <br> Parker Poe Adams & Bernstein, LLP <br> 1075 Peachtree Street NE, Suite 1500 <br> Atlanta, GA 30309 | Nicolas Bohorquez, Esq. <br> Freeman Mathis & Gary, LLP – Atl <br> 100 Galleria Parkway, Suite 1600 <br> Atlanta, GA 30339-5948 <br> Nicholas.bohorquez@fmglaw.com |

davidpardue@parkerpoe.com
brianstoltz@parkerpoe.com

Respectfully submitted, this 29th day of March, 2023.

                                        **FAIN MAJOR & BRENNAN, PC**

                                        */s/ Vera J. Starks*
                                        VERA J. STARKS

One Premier Plaza                        Georgia State Bar No. 935496
5605 Glenridge Drive, Suite 900  *Counsel for Defendants Kommerina*
Atlanta, GA 30342                      *Daling and John O'Sullivan*
(404) 688-6633
vstarks@fainmajor.com