IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA <br><br> Defendants. | CIVIL ACTION FILE NO.: <u>2:22-cv-00133-RWS</u> |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW, VERA J. STARKS, counsel for Defendants Kommerina Daling and John O'Sullivan, in the above-styled action, and respectfully moves this Court for an Order granting her a leave of Absence in the above-styled action during the periods of time she will be out of the state or on family vacations:

- **January 13, 2023;**

- **March 17, 2023;**

- **March 31, 2023;**

- **April 3, 2023 through April 7, 2023;**

- **May 25, 2023**

- **May 26, 2023;**

- **July 10, 2023 through July 14, 2023;**

- **August 1, 2023;**

- **October 9, 2023 through October 13, 2023;**

- **November 20, 2023 through November 22, 2023;**

- **December 20, 2023 through December 22, 2023; and**

- **December 27, 2023 through December 29, 2023.**

Respectfully submitted, this 29th day of March, 2023.

**FAIN, MAJOR & BRENNAN, P.C.**

*/s/ Vera J. Starks*
VERA J. STARKS

One Premier Plaza
5605 Glenridge Drive, Suite 900
Atlanta, GA  30342
(404) 688-6633
vstarks@fainmajor.com

Georgia Bar No. 935496
*Counsel for Defendants Kommerina Daling and John O'Sullivan*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                  **FAIN MAJOR & BRENNAN, PC**

                                  */s/ Vera J. Starks*
                                  VERA J. STARKS

One Premier Plaza                       Georgia State Bar No. 935496
5605 Glenridge Drive, Suite 900   *Counsel for Defendants Kommerina*
Atlanta, GA 30342                      *Daling and John O'Sullivan*
(404) 688-6633
vstarks@fainmajor.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FARRAH M. FARR, PHILLIP BROWN, and KRISTOF & COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KOMMERINA DALING, JOHN O'SULLIVAN, SARAH WILSON-BRITT, in her individual and official capacity, MATT TATE, in his individual and official capacity, and THE CITY OF GAINESVILLE, GEORGIA<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>2:22-cv-00133-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing *Motion for Leave of Absence* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

| | |
|---|---|
| David L. Pardue, Esq.<br>Brian David Stoltz, Esq.<br>Parker Poe Adams & Bernstein, LLP<br>1075 Peachtree Street NE, Suite 1500<br>Atlanta, GA 30309<br>davidpardue@parkerpoe.com | Nicolas Bohorquez, Esq.<br>Freeman Mathis & Gary, LLP – Atl<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA 30339-5948<br>Nicholas.bohorquez@fmglaw.com |

brianstoltz@parkerpoe.com

Respectfully submitted, this 29th day of March, 2023.

**FAIN MAJOR & BRENNAN, PC**

*/s/ Vera J. Starks*
VERA J. STARKS
Georgia State Bar No. 935496

One Premier Plaza
5605 Glenridge Drive, Suite 900   *Counsel for Defendants Kommerina*
Atlanta, GA 30342                  *Daling and John O'Sullivan*
(404) 688-6633
vstarks@fainmajor.com